MARTIN MULLIGAN, Respondent, *v.* THE KNICKERBOCKER ICE COMPANY, Appellant.

(Argued April 19, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made January 25, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial.

*Michael M. Forrest* for appellant.

*John J. Leary* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

FRANK D. WRIGHT, Respondent, *v.* WILLIAM D. ANDREWS et al., Appellants.

(Submitted April 20, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 23, 1886, which affirmed a judgment in favor of plaintiff, entered upon the report of a refere

*S. E. Payne* for appellants.

*H. V. Howland* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.